No. 661. CHRISTINE WALTERS v. JOHN BARTON PAYNE, AGENT.   December 3, 1923.   Petition for a writ of cer-

tiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Clarence Balentine* for petitioner. No appearance for respondent.